**Opinion issued May 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01021-CV

_____

## IN RE DFC CHEMICALS LTD. AND FLORENCE NNENNA EJIOGU, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators DFC Chemicals Ltd. and Florence Nnenna Ejiogu filed a petition for writ of mandamus challenging the trial court's October 17, 2025 order denying their amended motion for leave to designate responsible third parties.[1] We deny the petition and lift the stay imposed in our January 23, 2026 order.

---

[1] The underlying case is *Clear Title Solutions Inc. v. DFC Chemicals Ltd. and Florence Nnenna Ejiogu*, cause number CV24-08-1175, pending in the County Court at Law No. 2 of Waller County, Texas, the Honorable Elton R. Mathis presiding.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.